# United States Court of Appeals

## For the First Circuit

_____

No. 20-1657

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY

Debtors

_____

AMBAC ASSURANCE CORPORATION

Appellant

v.

FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR

PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO
HIGHWAYS AND TRANSPORTATION AUTHORITY

Debtors – Appellees

AUTOPISTAS METROPOLITANAS DE PUERTO RICO, LLC

Interested Party – Appellee

_____

**STIPULATED DISMISSAL**

Pursuant to Rule 42(b)(1) of the Federal Rules of Appellate Procedure and this Court's Local Rule 42(b)(1), IT IS HEREBY STIPULATED AND AGREED by and among the parties, through their undersigned counsel of record, that because Appellant, Ambac Assurance Corporation, and Appellee, the Financial Oversight and Management Board for Puerto Rico, entered into a settlement agreement resolving disputed issues, including this appeal, in connection with the Title III cases of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority in the Title III court, and that settlement has been consummated, this appeal be and hereby is voluntarily dismissed in its entirety with prejudice.  Each party shall bear its own attorneys' fees and costs.

*[Signatures appear on following pages]*

Dated: February 10, 2023

By: /s/ *Andrew K. Glenn*
Andrew K. Glenn
Olga Lucia Fuentes-Skinner
Marissa E. Miller
Shai Schmidt
**GLENN AGRE BERGMAN & FUENTES LLP**
1185 Avenue of the Americas
22nd Floor
New York, NY 10036
Telephone: (212) 970-1600
Email: aglenn@glennagre.com
 ofuentes@glennagre.com
 mmiller@glennagre.com
 sschmidt@glennagre.com

Roberto A. Camara-Fuertes
USDC P.R. No. 219002
**FERRAIUOLI LLC**
Ponce de Leon Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com

*Counsel for Appellant Ambac Assurance Corporation*

Respectfully Submitted,

By: /s/ *Michael A. Firestein*
Timothy W. Mungovan
John E. Roberts
Elliot R. Stevens
**PROSKAUER ROSE LLP**
One International Place
Boston, MA 02110
Tel: (617) 526-9600
Email: tmungovan@proskauer.com
 jroberts@proskauer.com
 estevens@proskauer.com

Martin J. Bienenstock
Jeffrey W. Levitan
Ehud Barak
Julia D. Alonzo
Shiloh A. Rainwater
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Email: mbienenstock@proskauer.com
 jlevitan@proskauer.com
 ebarak@proskauer.com
 jalonzo@proskauer.com
 srainwater@proskauer.com

Michael A. Firestein
**PROSKAUER ROSE LLP**
2029 Century Park East
Los Angeles, CA 90067
Tel: (310) 557-2900
Email: mfirestein@proskauer.com

*Counsel for Appellee Financial Oversight and Management Board for Puerto Rico as*

*representative of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority*

By: /s/ *Keith R. Martorana*
JAMES L. HALLOWELL
KEITH R. MARTORANA
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-3804
Facsimile: (212) 351-5266
Email: jhallowell@gibsondunn.com
          kmartorana@gibsondunn.com

NAYUAN ZOUATRABANT TRINIDAD
ALEJANDRO CEPEDA-DIAZ
MCCONNELL VALDES LLC
270 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Telephone: (787) 250-5619
Email: nzt@mcvpr.com
          ajc@mcvpr.com

*Counsel for Interested Party-Appellee Autopistas Metropolitanas de Puerto Rico*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 10, 2023, I will electronically file the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the CM/ECF system, which will send notifications of such filing to all CM/ECF counsel of record.

Dated: February 10, 2023

By: /s/ *Andrew K. Glenn*
Andrew K. Glenn

*Counsel for Appellant Ambac Assurance Corporation*